# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tallman, Howard R. | Bankruptcy Court -- Colorado | 04/25/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge -- Active | ☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>01/03/2017 |

**7. Chambers or Office Address**

721 19th Street
Denver, CO 80202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Chapter 13 Trustees | July 20-24, 2016 | Philadelphia, Pennsylvania | Speaker at national CLE | Seminar registration, travel, lodging and meals |
| 2. | Annual Conference of Colorado State Judges | September 12-13, 2016 | Vail, Colorado | Speaker on bankruptcy law for state judges | Seminar registration and lodging |
| 3. | National Conference of Bankruptcy Judges (NCBJ) | October 25-30, 2016 | San Francisco, California | Attend national conference | Partial reimbursement for lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   KeyBank -- Accounts | A | Interest | L | T | | | | | |
| 2.   ENT CU | A | Interest | J | T | | | | | |
| 3.   IRA No. 1(a) -- SEI Group | | | | | | | | | |
| 4.   ---Large Cap Value | A | Dividend | K | T | | | | | |
| 5.   ---Large Cap Growth | A | Dividend | K | T | | | | | |
| 6.   ---Small Cap Value | A | Dividend | J | T | | | | | |
| 7.   ---Small Cap Growth | A | Dividend | J | T | | | | | |
| 8.   ---Core Fixed Income | C | Interest | M | T | | | | | |
| 9.   ---International Fixed Income | A | Interest | K | T | | | | | |
| 10.   ---Emerging Markets Debt | A | Interest | K | T | | | | | |
| 11.   ---High Yield Bonds | B | Interest | K | T | | | | | |
| 12.   ---International Equity | A | Dividend | K | T | | | | | |
| 13.   ---Emerging Markets Equity | A | Dividend | J | T | | | | | |
| 14.   ---Domestic Fixed Income (x) | | | | | | | | | Part VIII, Note 1 |
| 15.   ---Prime Obligation - Cash & cash equivalents | A | Int./Div. | K | T | | | | | |
| 16.   IRA No. 1(b) -- SEI Group ---Bond Account | | | | | | | | | See Part VIII, Note 1 |
| 17.   ---Prime Obligation - Cash & cash equivalents | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA No. 1(c) -- SEI Group: Laddered Bonds | | | | | | | | | |
| 19. -Domestic Fixed Income | | | | | | | | | |
| 20. ---IBM Corp | A | Interest | J | T | | | | | |
| 21. ---Goldman Sachs Group | A | Interest | J | T | | | | | |
| 22. ---Apple Inc | A | Interest | J | T | | | | | |
| 23. ---Wal-Mart Stores | A | Interest | J | T | | | | | |
| 24. ---General Electric Capital Corp | A | Interest | J | T | | | | | |
| 25. ---Walt Disney Co | A | Interest | J | T | | | | | |
| 26. ---Wells Fargo Co | A | Interest | J | T | | | | | |
| 27. ---Bank of America Corp | A | Interest | J | T | | | | | |
| 28. ---JP Morgan Chase | A | Interest | J | T | | | | | |
| 29. ---Toyota Motor Credit | A | Interest | J | T | | | | | |
| 30. ---AT&T Inc | A | Interest | J | T | | | | | |
| 31. ---DuPont EI DE Nemours | A | Interest | J | T | | | | | |
| 32. ---Oracle Corp | A | Interest | J | T | | | | | |
| 33. ---Philip Morris Inc | A | Interest | J | T | | | | | |
| 34. ---John Deere Capita | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---Citigroup Inc | A | Interest | J | T | | | | | |
| 36. ---Comcast Corp | A | Interest | J | T | | | | | |
| 37. ---Merck & Co | A | Interest | J | T | | | | | |
| 38. ---Coca-Cola Co | A | Interest | J | T | | | | | |
| 39. -International Fixed Income | | | | | | | | | |
| 40. ---BP Capital PLC | A | Interest | J | T | | | | | |
| 41. ---Sanofi | A | Interest | J | T | | | | | |
| 42. ---Prime Obligation: Cash & cash equivalents | A | Interest | J | T | | | | | |
| 43. IRA No. 1(d) -- WP Carey --CPA 18 Global Income Property | C | Int./Div. | K | T | | | | | |
| 44. Mutual Fund 1 - SEI Group | | | | | | | | | |
| 45. ---Tax Managed Large Cap | A | Dividend | K | T | | | | | |
| 46. ---Small Cap Value | A | Dividend | J | T | | | | | |
| 47. ---Small Cap Growth | A | Dividend | J | T | | | | | |
| 48. ---Intermediate-Term Municipal | A | Dividend | J | T | | | | | |
| 49. ---International Fixed Income | A | Dividend | J | T | | | | | |
| 50. ---Emerging Markets Debt | A | Dividend | J | T | | | | | |
| 51. ---High Yield Bonds | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---International Equity | A | Dividend | J | T | | | | | |
| 53. ---Emerging Markets Equity | A | Dividend | J | T | | | | | |
| 54. ---Tax-Free Fund: Cash & cash equivalents | A | Interest | J | T | | | | | |
| 55. Mutual Fund 2 - SEI Group | | | | | | | | | |
| 56. ---Tax Free Fund: Cash & cash equivalents | A | Interest | K | T | | | | | |
| 57. ---Tax Managed Vol. Fund | A | Dividend | J | T | | | | | |
| 58. ---Tax Managed Large Cap | A | Dividend | J | T | | | | | |
| 59. ---Short Duration Muni | A | Dividend | K | T | | | | | |
| 60. ---Tax Advantage Income | A | Dividend | J | T | | | | | |
| 61. ---Intermediate Term Muni | A | Dividend | J | T | | | | | |
| 62. Jackson National Life | B | Interest | K | T | | | | | |
| 63. Genworth Life Ins. Co. | A | Interest | J | T | | | | | |
| 64. Icon Income Fund Eleven | A | Distribution | J | T | | | | | |
| 65. Pacific Life Variable Annuity: Port Opt Aggressive-Growth Fund | A | Int./Div. | | | Closed | 05/25/16 | L | E | See Part VIII, No. 2 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tallman, Howard R. | 04/25/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, Note 1, Lines 14, 16-42. As reported in the Amended Report for 2013, dated July 14, 2014, at Note 2 and the Annual Report for 2014, dated April 29, 2015, at Note 2, the Domestic Fixed Income fund of IRA 1(a) was re-investd in the Laddered Bond fund referenced in IRA 1(b) and (c). With the reporting requirement changes added for the 2015 reporting period, this final report lists the individual bonds that are now held in the Laddered Bond fund. The only input that I or my financial advisor had in 2013 during the process of opening the new IRA account(s) was to determine the total amount to be transferred to the new investment and we had no control over which individual bonds were selected.

2. Part VII, Note 2, Line 43. This fund was closed during the reporting year and proceeds used for other purposes. As previously reported, the income and value are reported in an aggregate amount for the investment as reflected in the annuity's price per unit/share. The only input that I or my financial adviser had in this annuity investment was to provide an initial risk profile. Neither of us has any control over the choice of investment sub-accounts or the allocation of funds among those various sub-accounts. Funds are re-invested or re-balanced by the issuer using either existing, replacement or additional sub-accounts, without prior notice to or input from us.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Howard R. Tallman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544